IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADY L. DAVIS, | : CIVIL ACTION NO. 1:CV-00-0543 |
| Plaintiff | : |
| v. | : |
| F. GILLIS, ET AL., | : (Judge Rambo) |
| Defendants | : |

FILED
HARRISBURG, PA
JUN 20 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

The above-captioned civil rights complaint pursuant to 42 U.S.C. § 1983 was filed on March 24, 2000 by Brady L. Davis, an inmate presently confined at the State Correctional Institution, Coal Township, Pennsylvania. Along with his complaint, Plaintiff has submitted the full statutory filing fee of $150.00. Consequently, the United States Marshal is hereby directed to serve the complaint on the Defendants named therein.

SYLVIA H. RAMBO,
United States District Judge

Dated: June 20, 2000

SR:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 20, 2000

Re:  1:00-cv-00543   Davis v. Gillis

True and correct copies of the attached were mailed by the clerk to the following:

Brady L. Davis
SCI-COAL
BX3685
SCI Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020

cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to: US Atty Gen    ( )   PA Atty Gen ( )
                                         DA of County   ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____      ( )

                                            MARY E. D'ANDREA, Clerk

DATE:  6/20/00                       BY:  _____
                                          Deputy Clerk