IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADY L. DAVIS : CIVIL ACTION

V. : NO.: 1:00-CV-00543

FRANK GILLIS, JOSEPH KORT, M.D., et : 
al. : JURY TRIAL DEMAND
 : Judge Rambo

**FILED SCRANTON**
**AUG 15 2000**
PER _____ DEPUTY CLERK

### ENTRY OF APPEARANCE AND JURY TRIAL DEMAND

TO THE CLERK OF COURT:

Please enter my appearance on behalf of defendant, Joseph Kort, M.D., in connection with the above-captioned matter.

A jury trial is demanded.

MONAGHAN & GOLD, P.C.

BY: _____
ALAN S. GOLD
Attorney for Defendant,
Joseph Kort, M.D.

7837 Old York Road
Elkins Park, PA 19027
(215) 782-1800

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADY L. DAVIS | : | CIVIL ACTION |
| V. | : | NO.: 1:00-CV-00543 |
| FRANK GILLIS, JOSEPH KORT, M.D., et al. | : | JURY TRIAL DEMAND |
| | : | Judge Rambo |

FILED
SCRANTON
AUG 15 2000
PER _____ DEPUTY CLERK

ENTRY OF APPEARANCE AND JURY TRIAL DEMAND

TO THE CLERK OF COURT:

Please enter my appearance on behalf of defendant, Joseph Kort, M.D., in connection with the above-captioned matter.

A jury trial is demanded.

MONAGHAN & GOLD, P.C.

BY: _____
ALAN S. GOLD
Attorney for Defendant,
Joseph Kort, M.D.

7837 Old York Road
Elkins Park, PA 19027
(215) 782-1800

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADY L. DAVIS | : | CIVIL ACTION |
| V. | : | NO.: 1:00-CV-00543 |
| FRANK GILLIS, JOSEPH KORT, M.D., et al. | : | JURY TRIAL DEMAND |
| | : | Judge Rambo |

FILED
SCRANTON
AUG 15 2000
PER _____ DEPUTY CLERK

### ENTRY OF APPEARANCE AND JURY TRIAL DEMAND

TO THE CLERK OF COURT:

Please enter my appearance on behalf of defendant, Joseph Kort, M.D., in connection with the above-captioned matter.

A jury trial is demanded.

MONAGHAN & GOLD, P.C.

BY: _____
ALAN S. GOLD
Attorney for Defendant,
Joseph Kort, M.D.

7837 Old York Road
Elkins Park, PA 19027
(215) 782-1800