# WAIVER OF SERVICE OF SUMMONS

TO: Brady L. Davis
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Davis VS Gillis, et al., which is case number 1:CV-00-0543 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment amy be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 07/03/00 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

8/8/00
DATE

_Michael A Farnan_ SIGNATURE

Printed/typed name: Michael A. Farnan

Title, if any : Deputy Attorney General

Address of Person signing: Office of Attorney General, Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120

Party you represent: Frank Gillis, Raymond W. Reeder, Brian Stout, William Ward, Lee Grover, Charles Custer, Wilma Sewell

FILED
SCRANTON

AUG 1 5 2000

PER_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADY L. DAVIS, | : | |
| Plaintiff | : | |
| | : | No. 1:CV-00-00-0543 |
| v. | : | |
| | : | (JURY TRIAL DEMANDED) |
| FRANK GILLIS, RAYMOND W. | : | |
| REEDER, BRIAN STOUT, WILLIAM | : | |
| WARD, LEE GROVER, CHARLES | : | |
| CUSTER and WILMA SEWELL, | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, Michael A. Farnan, Senior Deputy Attorney General for the Commonwealth of

Pennsylvania, hereby certify that on August 8, 2000, I served a true and correct copy of the

foregoing Waiver of Service of Summons, by causing it to be deposited in the United States

Mail, first-class postage prepaid to the following:

      Brady L. Davis, BX-3685
      SCI - Coal Township
      1 Kelley Drive
      Coal Township, PA  17866

                                      MICHAEL A. FARNAN
                                      Deputy Attorney General

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Davis
            Plaintiff

        V.                          CASE NUMBER: 1:00-cv-00543

Gillis
            Defendant
_____/

TO:

        (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court
and serve upon

Plaintiff's Attorney:

        Brady L. Davis
        SCI-COAL
        BX3685
        SCI Coal Township
        1 Kelley Drive
        Coal Township, PA  17866-1020

an answer to the complaint which is herewith served upon you, within
(20) TWENTY DAYS after service of this summons upon you, exclusive of the
day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY:_____
    Deputy Clerk                        DATE: June 21, 2000

RETURN OF SERVICE - Case #1:00-cv-00543

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

|__| Served personally upon the defendant.  Place where served:

_____

|__| Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

_____

|__| Returned unexecuted: _____

_____

_____

|__| Other (specify): _____

_____

_____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
            Date                 Signature of Server

                                 _____
                                 Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-00543

Brady L. Davis
        plaintiff

                v.

F. Gillis
        defendant
W. Sewell
        defendant
Dr. Kort
        defendant
Lee Grover
        defendant
C. Custer
        defendant
W. Ward
        defendant
Brian Stout
        defendant
Raymond W. Reeder
        defendant