# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

...stice Service

| COURT CASE NUMBER | 1:00CV-00543 |
|---|---|

R. JOSEPH KORT

| TYPE OF PROCESS | CIVIL ACTION |
|---|---|

...IDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

DR. JOSEPH KORT, SCI-COAL TOWNSHIP

...reet or RFD, Apartment No., City, State and ZIP Code)

ONE KELLEY DRIVE, COAL TOWNSHIP, PA 17866

NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BRADY DAVIS
BX-3685
ONE KELLEY DRIVE
COAL TOWNSHIP, PA
17866-1021

| Number of process to be served with this Form - 285 | 8 |
|---|---|
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

579 N. Rock St.
Shamokin, PA
570-648-6433

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk: G. Lavelle | Date 8/15/00 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

FILED SCRANTON AUG 28 2000 PER _____ DEPUTY CLERK

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
RD#1 Box 771
Paxinos, PA
570-373-1581

Date of Service: 24 Aug 00
Time: 10:59  3:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 80.00 | 65.00 | | 145.00 | | | |

REMARKS: 7/3/00 S&C mailed to above address. No response. Please attempt service at address listed in "Special Instructions". ab

(See Attachment for REMARKS)

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)