**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADY L. DAVIS, | : |
| Plaintiff | : |
| | : No. 1:CV-00-00-0543 |
| v. | : |
| | : (JURY TRIAL DEMANDED) |
| FRANK GILLIS, RAYMOND W. | : |
| REEDER, BRIAN STOUT, WILLIAM | : (Judge Rambo) |
| WARD, LEE GROVER, CHARLES | : |
| CUSTER and WILMA SEWELL, | : |
| Defendants | : |

FILED
HARRISBURG, PA
SEP 0 1 2000
MARY E. D'ANDREA, CLERK
Per _____

## MOTION TO DISMISS

Defendants, Frank Gillis, Raymond W. Reeder, Brian Stout, William Ward, Lee Grover, Charles Custer and Wilma Sewell, through their attorneys, hereby respectfully move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the complaint.

A brief in support of this motion will be filed pursuant to Local Rule 7.5 of the United States District Court for the Middle District of Pennsylvania.

**WHEREFORE**, the Court should dismiss the complaint.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

BY: _____
MICHAEL A. FARNAN
Deputy Attorney General

Office of Attorney General
15th Fl., Strawberry Square
Harrisburg, PA 17120
Direct: (717) 787-7369
Date: September 1, 2000

SUSAN J. FORNEY
Chief Deputy Attorney General
Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADY L. DAVIS,
    Plaintiff

v.

FRANK GILLIS, RAYMOND W. REEDER, BRIAN STOUT, WILLIAM WARD, LEE GROVER, CHARLES CUSTER and WILMA SEWELL,
    Defendants

No. 1:CV-00-00-0543

(JURY TRIAL DEMANDED)

(Judge Rambo)

## CERTIFICATE OF SERVICE

I, Michael A. Farnan, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on September 1, 2000, I served a true and correct copy of the foregoing Motion to Dismiss, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

    Brady L. Davis, BX-3685
    SCI - Coal Township
    1 Kelley Drive
    Coal Township, PA 17866

MICHAEL A. FARNAN
Deputy Attorney General