JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
SEP 01 2000
MARY E. D'ANDREA
Per_____ CLERK

| | |
|---|---|
| BRADY L. DAVIS, | : |
|              Plaintiff | : |
| | : No. 1:CV-00-00-0543 |
| v. | : |
| | : (JURY TRIAL DEMANDED) |
| FRANK GILLIS, RAYMOND W. | : |
| REEDER, BRIAN STOUT, WILLIAM | : (Judge Rambo) |
| WARD, LEE GROVER, CHARLES | : |
| CUSTER and WILMA SEWELL, | : |
|              Defendants | : |

## MOTION TO DISMISS

Defendants, Frank Gillis, Raymond W. Reeder, Brian Stout, William Ward, Lee Grover, Charles Custer and Wilma Sewell, through their attorneys, hereby respectfully move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the complaint.

A brief in support of this motion will be filed pursuant to Local Rule 7.5 of the United States District Court for the Middle District of Pennsylvania.

**WHEREFORE**, the Court should dismiss the complaint.

                                            Respectfully submitted,

                                            D. MICHAEL FISHER
                                            Attorney General

BY: _____
                                            MICHAEL A. FARNAN
                                            Deputy Attorney General

Office of Attorney General               SUSAN J. FORNEY
15th Fl., Strawberry Square              Chief Deputy Attorney General
Harrisburg, PA 17120                     Litigation Section
Direct: (717) 787-7369
Date: September 1, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADY L. DAVIS,<br>        Plaintiff<br><br>v.<br><br>FRANK GILLIS, RAYMOND W. REEDER, BRIAN STOUT, WILLIAM WARD, LEE GROVER, CHARLES CUSTER and WILMA SEWELL,<br>        Defendants | No. 1:CV-00-00-0543<br><br>(JURY TRIAL DEMANDED)<br><br>(Judge Rambo) |

## CERTIFICATE OF SERVICE

I, Michael A. Farnan, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on September 1, 2000, I served a true and correct copy of the foregoing Motion to Dismiss, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

Brady L. Davis, BX-3685
SCI - Coal Township
1 Kelley Drive
Coal Township, PA 17866

                                                */s/ Michael J. Farnan*
                                                MICHAEL A. FARNAN
                                                Deputy Attorney General