

JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADY L. DAVIS,<br>            Plaintiff | |
| v. | No. 1:CV-00-00-0543<br><br>(JURY TRIAL DEMANDED) |
| FRANK GILLIS, RAYMOND W.<br>REEDER, BRIAN STOUT, WILLIAM<br>WARD, LEE GROVER, CHARLES<br>CUSTER and WILMA SEWELL,<br>            Defendants | (Judge Rambo) |

FILED
HARRISBURG, PA

SEP    2000

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

**MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DISCOVERY**

Pursuant to Fed. R. Civ. P. 6, defendants, Frank Gillis, Raymond W. Reeder, Brian Stout, William Ward, Lee Grover, Charles Custer and Wilma Sewell, by their attorneys, hereby move for enlargement of time to respond to plaintiff's discovery requests until thirty (30) days after the disposition of the motion to dismiss, if necessary. In support of this motion, defendants assert the following:

    1.    The Complaint was filed on March 24, 2000.

    2.    Plaintiff has served interrogatories and requests for documents on the defendants.

    3.    On September 1, 2000, defendants filed a timely motion to dismiss based on plaintiff's failure to state a claim on which relief could be granted.

    4.    Defendants raise a number of issues warranting dismissal of this matter, including that plaintiff has failed to exhaust administrative remedies, that plaintiff's mere disagreement with medical treatment does not state a civil rights claim, that the plaintiff's maximum date of sentence after parole revocation is correct, and that defendants are entitled to qualified immunity.

    5.    Defendants request an additional thirty (30) days after the disposition of the

motion to dismiss, if necessary, to respond to discovery.

6.  Such additional time would not prejudice the rights of the plaintiff.

**WHEREFORE,** defendants respectfully request an enlargement of thirty (30) days after the disposition of the motion to dismiss to respond to plaintiff's discovery.

    Respectfully submitted,

    D. MICHAEL FISHER
    Attorney General

BY: _____
    MICHAEL A. FARNAN
    Deputy Attorney General

Office of Attorney General
15th Fl., Strawberry Square
Harrisburg, PA 17120
Direct: (717) 787-7369
Date: September 5, 2000

SUSAN J. FORNEY
Chief Deputy Attorney General
Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADY L. DAVIS,<br>    Plaintiff | :<br>:<br>:   No. 1:CV-00-00-0543 |
| v. | :<br>:   (JURY TRIAL DEMANDED) |
| FRANK GILLIS, RAYMOND W.<br>REEDER, BRIAN STOUT, WILLIAM<br>WARD, LEE GROVER, CHARLES<br>CUSTER and WILMA SEWELL,<br>    Defendants | :<br>:   (Judge Rambo)<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Michael A. Farnan, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on September 5, 2000, I served a true and correct copy of the foregoing Motion for Enlargement of Time to Respond to Discovery, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

  Brady L. Davis, BX-3685
  SCI - Coal Township
  1 Kelley Drive
  Coal Township, PA  17866

                  _____
                  MICHAEL A. FARNAN
                  Deputy Attorney General