*D. Belisario*

16

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADY L. DAVIS, | : | CIVIL ACTION NO. 1:CV-00-0543 |
| Plaintiff | : | |
| v. | : | |
| FRANK GILLIS, ET AL., | : | (Judge Rambo) |
| Defendants | : | |

FILED
HARRISBURG, PA
SEP 22 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

AND NOW, upon consideration of Defendants' motion for an enlargement of time in which to respond to discovery, **IT IS HEREBY ORDERED THAT** said motion (Doc. 13) is granted. Defendants shall respond to plaintiff's discovery request within thirty (30) days after the disposition of the motion to dismiss, if necessary.

SYLVIA H. RAMBO
United States District Judge

Dated: September 22, 2000.

SR:dlb