RE: BRADY L. DAVIS,PRO.SE.BX-3685
    S.C.I. COALTOWNSHIP
    1. Kelley Drive, COALTOWNSHIP
    PA 17866-1021

SEPTEMBER 22, 2000

Dear Madam/Sir Clerk of the U.S. Court,

    I'am sending this letter to your office as to the two following cases that have been filed under the case numbers.

    DAVIS Vs. C/O FOX,etal. CV-00-0490

    DAVIS Vs. GILLIS,et.al. CV-00-0543

    I would like to request that you file the Plaintiff's Affidavit in the Two matters that are filed before the Honorable Judge Sylvia H. Rambo.

    If there is any kind of problems with the request to have the Documents filed in both matters please write me back here.

    Also I have sent copies to the Attorneys of Records.

YOURS TRULY

_____
BRADY L. DAVIS,PRO.SE.BX-3685
DATED: SEPTEMBER 22, 2000

WITNESS
_____
CALVIN CAMPS,PRO.SE.CQ8345    9-22-2000

1

RE: BRADY L. DAVIS, PRO.SE.BX-3685
    S.C.I. COALTOWNSHIP
    1. Kelley Drive, COALTOWNSHIP PA 17866-1021

### AFFIDAVIT OF STATEMENT OF WITNESS

THE PLAINTIFF REQUESTED THAT I MAKE THIS AFFADAVIT OUT AS TO THE FACTS OF WHAT IS IN MY KNOWLEGE AS TO THE VIOLATIONS OF HIS RIGHTS WHILE HE HAS BEEN HERE IN THE DEPARTMENT OF CORRECTIONS HERE AT S.C.I. COALTOWNSHIP.

My name is **CALVIN CAMPS**, and I'm at S.C.I. CoalTownship, and I will ask the Court to make an Order for the Witness to come to the Court at the time of Trial in the Matters that have been filed before the U.S. Middle District Court as to the Acts that Mr. Brady L. Davis, has been subjected to by the Defendants of Records, named and un-named, The Witness has in his Knowledge of what some of the Violations of the Plaintiff's State and Federal Rights being Violated while he has been in the Department of Corrections, and as to some of the False Reports that have been made out on the Plaintiff in the Department of Corrections.

Also the Plaintiff is a Witness as to my own Claims and Rights being Violated while I'am here in the Department of Corrections, I helped the Plaintiff send out his Criminal Complaints and his Notice as to his State Claims Violations to the Department of Corrections Attorneys and the District Attorney and the State's Attorney General' office, as to his State Constitutional Rights being Violated. by State Agents and Servants and Employees.

I, Calvin Camps, Verify that the Statements made in this Affidavit are true and Correct to the best of his Knownledge and belief. I understand that any False Statements herein are made subjected to the Penalties of Pa.C.S.A., Section 4904 and Title 28§ 1746, Relating to Unsworn and Falsification to Authorities.

*[signature: Calvin Camps, Pro.Se. CQ-8345  9-22-2000]*

CALVIN CAMPS, PRO.SE.CQ-8345
DATED: SEPTEMBER 22, 2000
RE: CASE NUMBERS AFFIDAVIT WAS FILED UNDER
    DAVIS Vs. C/O FOX, et.al. CV-00-0490
    DAVIS Vs. GILLIS, et.al. CV-00-0543