RE: BRADY L. DAVIS,PRO.SE.BX-3685

   S.C.I. COALTOWNSHIP, 1. Kelley Drive, CoalTownship Pa 17866-1021

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT COURT:



| | |
|---|---|
| BRADY L. DAVIS | CIVIL ACTION |
| Vs.      Plaintiff | NO: 1:00-CV-00543 |
| FRANK D. GILLIS,et.al. | JURY TRIAL DEMANDED |
| Defendant(s) | HONORABLE JUDGE RAMBO |

---

## PLAINTIFF'S AFFIDAVIT OF EXHAUSTION OF ADMINISTRATIVE REMEDIES

   Now comes, the Plaintiff Brady L. Davis, before this Honorable Court and its Judges, and to the Honorable Sylvia H. Rambo.

   On or about the date of August 15, 2000, One of the Defendant Party Attorney of Record, Mr. Alan S. Gold,Esq. Filed a Motion to Dismiss the Complaint of the Plaintiff, Mr. Brady L. Davis, as to his not filing his Inmate Grievance to its Final Review with the Department of Corrections.

   As of todays date the Plaintiff has filed with the Department of Corrections his Final Appeal with the Medical Issues, as to his Mistreatment by the Party Defendants of Record.

   On or about the date of October 24, 2000, Mr. Robert S. Bitner, Chief Hearing Examiner, sent the Final Review under COA-0533-00.

   Mr. Calvin Camps, has Requested that I let the Court know that I will file my State Law Claims of Medical MalPractice, Negligence, Improper Mediacl care and Treatment, False Reports in Medical Records, which he told me that I have to file those matters with the State's Authority on Notice of Claims, which I will Request Mr. Camps to Help me with.

   The Defendants have not been Prejudice as to the filing and waiting for the Final Review under the above said matters.

                                                        YOURS TRULY

BRADY L. DAVIS,PRO.SE.BX-3685

WITNESS: _____ DATED   DECEMBER 6, 2000

RE: BRADY L. DAVIS,PRO.SE.BX-3685

S.C.I. COALTOWNSHIP

1. Kelley Drive, COALTOWNSHIP

PA 17866-1021


## CERTIFICATE OF SERVICE


I, Brady L. Davis, hereby certify that I have sent a true and correct copy of the Plaintiff's Affidavit of Exhaustion of Administrative Remedies, to the Named Parties of Record First Class U.S. MAIL, On the date of December 6 ,2000.
SERVICED:

MR. ALAN S. GOLD,Esq.Attorney at Law

MONAGHAN & GOLD,P.C.

MANOR PROFESSIONAL BUILDING

7837 OLD YORK ROAD, ELKINS PARK PA 19027


MR. MICHAEL A. FAENAN,Deputy Attorney General

STRAWBERRY SQUARE, 15th Floor

HARRISBURG, PA 17120

_Brady Davis_

BRADY L. DAVIS,PRO.SE.BX-3685

RE: BRADY L. DAVIS,PRO.SE.BX-3685

S.C.I. COALTOWNSHIP

1. Kelley Drive, COALTOWNSHIP

PA 17866-1021



RECEIVED

DEC - 8 2000

PER_____

HARRISBURG, PA    DEPUTY CLERK

Dear Madam/Sir, Clerk of Court for the Middle District,

    I'am sending this letter to your office as to my need for your office to file my Documents in the case number of 1:00-CV-00543.

  BRADY L. DAVIS Vs. FRANK D. GILLIS,et.al.

    I would like to Request you have my Documents filed in this matter as to the Plaintiff's Affidavit of Final Appeal of Inmate Grievance System, Under DC-ADM 804- COA-0533-00, OCTOBER 24, 2000.

    Any and all Attorneys of Record have been sent a Copy of the Final Appeal from S.C.I. CoalTownship.

    The Plaintiff's AFFIDAVIT OF EXHAUSTION OF ADMINISTRATIVE REMEDIES were Serviced on Mr. Alan S. Gold,Esq. Attorney at Law and Mr. Michael A. Farnan,Deputy Attorney General.

    If there is any Problems with my Request Please feel free to Write me back here at S.C.I. CoalTownship, Also I would like to Request that your office make an Acknowledgment of my Legal Document.

    I would like to thank you for your time in the above said matters.

YOURS TRULY

_Brady Davis_

BRADY L. DAVIS,PRO.SE.BX-3685

WITNESS: _Calvin Camps Pro.Se._

CALVIN CAMPS,PRO.SE.CQ8345  DATED: 12-6-2000