JUDGE'S COPY



Copy 19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADY L. DAVIS, :
        Plaintiff :
: No. 1:CV-00-00-0543
v. :
: (JURY TRIAL DEMANDED)
FRANK GILLIS, RAYMOND W. :
REEDER, BRIAN STOUT, WILLIAM : (Judge Rambo)
WARD, LEE GROVER, CHARLES :
CUSTER and WILMA SEWELL, :
        Defendants :

FILED
HARRISBURG
DEC 1 8 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Please withdraw my appearance on behalf of the defendants in the above-captioned action.

Respectfully submitted,

_____
MICHAEL A. FARNAN
Deputy Attorney General

## ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter my appearance on behalf of the defendants in the above-captioned action.

Respectfully submitted,

_____
LINDA LLOYD
Deputy Attorney General

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 705-7327

DATE: 12/18/00

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADY L. DAVIS,
        Plaintiff

v.

FRANK GILLIS, RAYMOND W.
REEDER, BRIAN STOUT, WILLIAM
WARD, LEE GROVER, CHARLES
CUSTER and WILMA SEWELL,
        Defendants

No. 1:CV-00-00-0543

(JURY TRIAL DEMANDED)

(Judge Rambo)

### CERTIFICATE OF SERVICE

I, Linda Lloyd, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on this date, I served a true and correct copy of the foregoing Withdrawal/Entry of Appearance, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

    Brady L. Davis, BX-3685
    SCI - Coal Township
    1 Kelley Drive
    Coal Township, PA 17866

Dec. 18, 2000
Date

Linda S. Lloyd
Linda Lloyd
Deputy Attorney General