RE: BRADY L. DAVIS, PRO.SE. BX-3685

S.C.I. COALTOWNSHIP, 1. Kelley Drive, CoalTownship Pa 17866-1021

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT COURT:

| | |
|---|---|
| BRADY L. DAVIS | CIVIL ACTION |
| Vs.    Plaintiff | NO: 1:00-CV-00543 |
| FRANK D. GILLIS, et.al. | JURY TRIAL DEMANDED |
| Defendant(s) | HONORABLE JUDGE RAMBO |

FILED
HARRISBURG
JAN 5 - 2001
MARY E. D'ANDREA, CL
Per_____
DEPUTY CLERK

**PLAINTIFF'S AFFIDAVIT AND ANSWER TO THE ATTORNEY OF RECORD CLAIMS THAT THE PLAINTIFF DID NOT REQUEST MONEY DAMAGES FROM DEPARTMENT OF CORRECTIONS**

Now comes, the Plaintiff Brady L. Davis, before this Honorable Court and its Judges, and the Honorable Sylvia H. Rambo.

On or about the date of December 14, 2000, Defendant's Attorney of Record, Mr. Alan S. Gold, Esq. Filed a Reply Brief for one of the Defendant's Doctor Joseph Kort, M.D., The Attorney Mr. Gold, Claims that the Plaintiff did not ask for Money Damages, but as the Court can see in the Policy of the Department of Corrections DC-ADM 804-4

This Cause of Action should not be dismissed because of the fact or Claims of the Defendant's Attorneys of Record.

_____
BRADY L. DAVIS, PRO.SE. BX-3685

WITNESS: _____  DATED: JANUARY 2, 2000
CALVIN CAMPS, PRO.SE. CQ8345

RE: BRADY L. DAVIS, PRO.SE.BX-3685
S.C.I. COALTOWNSHIP
1. Kelley Drive, COALTOWNSHIP
PA 17866-1021

MARCH 1, 2000, The Plaintiff filed a Civil Rights Violation Complaint on the Named Defendants as to the Violations which made out in the Complaint as to each named Party and what part that each person did to him while he has been in the Department of Corrections here at S.C.I. CoalTownship.

The Defendant Attorney for Correctional Physician Services Inc., and its Agents and Servants has filed his Brief on behalf of Doctor Joseph Kort.

Mr. Alan S. Gold, Esq. has Stated to the Court that the Plaintiff has not made out a Cause of Action as to his Constitutional Rights being Violated and as to his Complaint to this Honorable Court and its Honorable Judges.

As the Court can see from the face of the Complaint the Plaintiff has made out a Cause of many Actions as to the Statutes which the Plaintiff said was Violated under 42 U.S.C.§1981, 42 U.S.C.§1983, 42 U.S.C.§ 1985 and 42 U.S.C.§1986 also his Claims deal with the fact that his Eighth and Fourteenth Amendment Rights have been Violated by State Agents and Servants its Contractors Servants and Employees Wrongs, Which is Stated in the Complaint to this Honorable Court and the Honorable Judge Sylvia H. Rambo.

As this Honorable Court can see from the Attched Documents from the Department of Corrections, it does not State that an Inmate has to filed with the Department of Corrections for Money Damages before he can file any Constitutional Rights Violations Claims with the United States District Court for the Federal Court to take Action as to the Violations of State and Federal Rights Violations, It said under the Policy of the Department of Corrections Policy DC-ADM 804-4

The Plaintiff has not been given any Notice that he would have to file to the Department of Corrections Grievance System Officials, or He could not bring his Legal Rights Claims before the Federal Courts.

_____
BRADY L. DAVIS, PRO.SE.BX-3685

WITNESS: _____   DATED: JANUARY 2, 2000
CALVIN CAMPS, PRO.SE.CQ8345



| To: | Policy Subject: |
|---|---|
| Executive Staff<br>Superintendents<br>CCC Regional Directors<br>Boot Camp Commander | Consolidated Inmate Grievance Review System |
| | **Policy Number:** DC-ADM 804-4 |
| | **Policy Issue Date:** July 20, 1994 |
| **Date of Issue:**<br>April 29, 1998 | **Authority:** Martin F. Horn | **Effective Date:**<br>May 1, 1998 |

The purpose of this bulletin is to amend the section VI. Procedures, A.4. to read,

"All grievances and appeals must be presented in good faith. They shall include a brief statement of the facts relevant to the claim. The text must be legible and presented in a courteous manner. The Grievant should identify any persons who may have information which could be helpful in resolving the grievance. The Grievant may specifically raise any claims concerning violations of Department of Corrections directives, regulations, court orders, or other law. The Grievant may also include a request for compensation or other legal relief normally available from a court. The inmate may request to be personally interviewed at initial review. Any inmate who submits a grievance containing false information may be subject to disciplinary action. ~~Inmates who have not already completed the process may request compensation or legal relief on appeal to final review.~~"

And to amend Section VI. Procedures, B. Initial Review, 2. to read:

"Grievances must be submitted for initial review to the Facility/Regional Grievance Coordinator within fifteen (15) days after the events upon which the claims are based. Extensions of this time period may be granted by the Facility Manager/Regional Director for good cause. Such extensions will normally be granted if the events complained of would state a claim of violation of federal right.

RE: BRADY L. DAVIS, PRO.SE.BX-3685

    S.C.I. COALTOWNSHIP, 1. Kelley Drive, CoalTownship Pa 17866-1021

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT COURT:

| | |
|---|---|
| Brady L. Davis | CIVIL ACTION |
|    Vs.    Plaintiff | NO: 1:00-CV-00543 |
| FRANK D. GILLIS, et.al. | JURY TRIAL DEMANED |
|        Defendant(s) | HONORABLE JUDGE RAMBO |

PLAINTIFF'S CASE LAW IN SUPPORT OF HIS CAUSE ACTIONS BEFORE THE COURT:

MEDIACL TREATMENT:

    DURMER Vs. O'CARROLL, 991 F.2d 64, 68-69 (3d Cir. 1993)
(Holding that Non Medical Reasons could constitute deliberate indifference);

    MILLER Vs. CORRECTIONAL MEDICAL SYSTEM, INC., 802 F. SUPP 1126, 1132 (D.Del. 1992)

    This means that if you have been injured by the Doctor's deliberate indifference of Doctor or other Employess of such Corporation, you have to sue them as individually. (6th Cir. 1993) (up holding Judgment against employee and dismissal of claims against Corporation in district court.)

RE: BRADY L. DAVIS,PRO.SE.BX-3685

   S.C.I. COALTOWNSHIP

   1. Kelley Drive, COALTOWNSHIP

   PA 17866-1021

### CERTIFICATE OF SERVICE

I, Brady L. Davis, hereby certify that I have sent a true and correct copy of the Plaintiff's Affidavit of Exhaustion of Administrative Remedies, to the Named Parties of Record First Class U.S. MAIL, On the date of December   ,2000.
SERVICED:

    MR. ALAN S. GOLD,Esq.Attorney at Law

    MONAGHAN & GOLD,P.C.

    MANOR PROFESSIONAL BUILDING

    7837 OLD YORK ROAD, ELKINS PARK PA 19027

    MR. MICHAEL A. FAENAN,Deputy Attorney General

    STRAWBERRY SQUARE, 15th Floor

    HARRISBURG, PA 17120

_____

BRADY L. DAVIS,PRO.SE.BX-3685

WITNESS: _____ DATED: JANUARY 2, 2001

    CALVIN CAMPS,PRO.SE.CQ8345