(24)
3-7-0
MA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADY L. DAVIS,

    Plaintiff

v.

FRANK GILLIS, et al.,

    Defendants

CIVIL NO. 1:CV-00-0543

(Judge Rambo)

FILED
HARRISBURG, PA

MAR 07 2001

MARY E. D'ANDREA, CLERK
Per_____
    Deputy Clerk

## ORDER

For the reasons set forth in the foregoing memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motions to dismiss, (Doc. Nos. 7 & 12), are **GRANTED**.

2. The Clerk of Court shall close this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: March 7, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 7, 2001

Re: 1:00-cv-00543    Davis v. Gillis

True and correct copies of the attached were mailed by the clerk to the following:

```
Brady L. Davis
SCI-COAL
BX3685
SCI Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020

Linda S. Lloyd, Esq.
Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA  17120

Alan S. Gold, Esq.
Monaghan & Gold, P.C.
7837 Old York Road
Elkins Park, PA  19027
```

```
cc:
Judge                        (X)         (X) Pro Se Law Clerk
Magistrate Judge             ( )         ( ) INS
U.S. Marshal                 ( )         ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                (X)
Federal Public Defender      ( )
Summons Issued               ( )  with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )  with Petition attached & mailed certified mail
                                  to:  US Atty Gen  ( )    PA Atty Gen ( )
```

|                          |       | DA of County ( )   Respondents ( )   |
|--------------------------|-------|--------------------------------------|
| Bankruptcy Court         | ( )   |                                      |
| Other_____ | ( )   | MARY E. D'ANDREA, Clerk              |

DATE: March 7th, 2001

BY: _____
    Deputy Clerk