## JUDGE'S COPY

FILED
HARRISBURG, PA
APR 10 2001
MARY E. D'ANDREA, CLERK
Per _____

RECEIVED
HARRISBURG, PA
APR 10 2001
MARY E. D'ANDREA, CLERK
Per _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADY L. DAVIS

    Plaintiff

Vs.

FRANK D. GILLIS, et.al.

    Defendant(s)

CV-0543

(JUDGE RAMBO)

(JURY TRIAL DEMANDED)

### MOTION TO CORRECT PETITION THAT WAS SUBMITTED MARCH 28, 2001, AND A REQUEST FOR ENLARGEMENT OF TIME TO SUBMIT INTERROGATORIES

    Petitioner, Pray that this Honorable Court accept this Request to change the number on the Petition dated March 28, 2001, from 1, CV-00-0490, to 00CV-0543, and allow the Request for Enlargement of Time.

    1. On March 22, 2001, Plaintiff received a copy of the Defendants Attorney who Requested this Honorable Court to Compel me to submit Interrogatories.

    2. Plaintiff received an Order from this Honorable Court dated March 7, 2001, Informing him that his Complaint was Dismissed without Prejudice.

    3. Being that his Complaint is Dismissed it would be Moot, and there should be no need to forward anymore Information at this time.

    4. Plaintiff is Requesting this Honorable Court to allow him to Resubmit his Complaint at a later date.

    5. Plaintiff is Requesting this Honorable Court to allow him to drop all Defendants Except Dr. Kort and Wila Sewell.

    6. Plaintiff is Requesting this Honorable Court to Instruct him in the manner that he should Proceed in this matter.

WHEREFORE, The Court should Dismiss Respondents Request.

                                         RESPECTFULLY SUBMITTED,

                                         BRADY L. DAVIS
                                         BX-3685
                                         SCI-COAL TOWNSHIP
                                         1 KELLEY DRIVE
                                         COAL TOWNSHIP, PA
                                         17866-1021

DATED: APRIL _____, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADY L. DAVIS                                          CV-0543
      Plaintiff
  Vs.                                                (JUDGE RAMBO)
                                                (JURY TRIAL DEMANEDED)

FRANK D. GILLIS,et.al.
      Defendant(s)

### CERTIFICATE OF SERVICE

    And Now, This day of April    ,2001, I, Brady L. Davis, BX-3685, PRO.SE., In the above Captioned Action, Hereby Certify that On this date I serviced the Foregoing Motion to Dismiss Request for Interrogatories by Causing a Copy of it to be Deposited in the United States Mail, First Class Postage Prepaid, at SCI-COAL TOWNSHIP, PA Addressed to the Following:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
UNITED STATES COUTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

MRS. LINDA S. LLOYD,Deputy Attorney General
OFFICE OF ATTORNEY GENERAL
15th FLOOR, STRAWBERRY SQUARE
HARRISBURG, PA 17120

                                                                  RESPECTFULLY SUBMITTED,

_/s/ Brady Davis_
BRADY L. DAVIS,PRO.SE.BX-3685